No. 10095.   In re Petition of WILEY BLAKESLEE for Writ of Habeas Corpus.

Submitted October 15, 1959.

Decided March 1, 1960.

349 Pac. (2d) 584.

Original habeas corpus proceeding brought by Wiley Blakeslee, an inmate of the Montana State Prison.

It appearing that the application is without merit, the writ is denied and the proceeding dismissed.

MR. CHIEF JUSTICE HARRISON and MR. JUSTICES ANGSTMAN and CASTLES concur.